UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**CLOSED**

CRAIG FRANCIS SZEMPLE,

    Plaintiff,

v.

UMDNJ, et al.,

    Defendants.

Civil Action No. 10-258 (DMC)

O R D E R
(CLOSED)

The Court having screened Plaintiff's complaint to determine whether dismissal is warranted pursuant to 28 U.S.C. § 1915A;

It is on this __14__ day of __Oct_____, 2010,

ORDERED that Plaintiff's complaint is hereby dismissed, without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state a claim upon which relief may be granted; and it is further

ORDERED that the Clerk of the Court shall close this case; and it is finally

ORDERED that, within 45 days from the date this Order is entered, Plaintiff may move to reopen his case, attaching to any such motion a proposed amended complaint which addresses the deficiencies of the complaint as stated in the Opinion accompanying this Order.

DENNIS M. CAVANAUGH
United States District Judge